Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number:  6:18-po-0701-JDP |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGEMENT AGREEMENT; AND ORDER THEREON** |
| SARAH W. SHIHAYED, | |
| Defendant. | |

On January 21, 2019, Defendant pled guilty to Possession of a Controlled Substance. Pursuant to a Deferred Judgement Agreement. She was to 12 month of unsupervised probation with the conditions she: obey all laws, report any new law violations within 7 days, and pay a fine of $1,000.  A review hearing was scheduled for December 10, 2019.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on December 10, 2019.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court.  Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States

//

//

hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated:  November 25, 2019         /S/ Susan St. Vincent_____
                                                           Susan St. Vincent
                                                           Legal Officer
                                                           Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, I order that the review hearing scheduled for December 10, 2019, in the above-referenced matter, *United States v. Shihayed*, 6:19-po-00701-JDP, be vacated and the case is hereby dismissed.

IT IS SO ORDERED.

Dated:   November 26, 2019                                  _____
                                                            UNITED STATES MAGISTRATE JUDGE